IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

| | | |
|---|---|---|
| ELIZABETH A. ANDERSEN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 11-CV-1182 |
| | ) | |
| UNION SECURITY INSURANCE COMPANY, | ) | |
| | ) | |
| Defendant. | ) | |

**ORDER AMENDING COURT'S ORDER
FOLLOWING SCHEDULING CONFERENCE**

The Parties have filed a Joint Motion to Amend Court's Order Following Scheduling Conference. The Court finds that Motion is well-taken and should be granted. It is, therefore, ORDERED that this Court's Order Following Scheduling Conference (Doc. 15) is hereby amended to reflect the following deadlines:

Plaintiff to file her motion for summary judgment: November 1, 2012;

Defendant to file response to Plaintiff's motion for summary judgment: December 1, 2012; and

Plaintiff to file her reply to Defendant's response: December 16, 2012.

Dated at Milwaukee, Wisconsin this 19th day of July 2012.

s/ Lynn Adelman
LYNN ADELMAN
United States District Judge

CONSENTED TO AND
APPROVED FOR ENTRY:


s/Timothy S. Clark
Timothy S. Clark
740 Pilgrim Parkway
Suite 102
P.O. Box 439
Elm Grove, WI  53122-0439
Phone:  (262) 782-1389
Fax:  (262) 782-3841
tclark@tclarklaw.com

*Attorney for Plaintiff, Elizabeth Andersen*


s/S. Russell Headrick
S. Russell Headrick (#005705)
BAKER, DONELSON, BEARMAN,
   CALDWELL & BERKOWITZ, P.C.
265 Brookview Centre Way, Suite 600
Knoxville, TN  37919
Phone:  (865) 549-7204
Fax:  (865) 633-7204
rheadrick@bakerdonelson.com

*Attorney for Defendant*
*Union Security Insurance Company*