IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| ELIZABETH A. ANDERSEN,<br><br>    Plaintiff,<br><br>v.<br><br>UNION SECURITY INSURANCE COMPANY,<br><br>    Defendant. | Civil Action No. 11-CV-1182 |

## ORDER AMENDING COURT'S ORDER
## FOLLOWING SCHEDULING CONFERENCE

The Parties have filed a Joint Motion to Amend Court's Order Following Scheduling Conference. The Court finds that Motion is well-taken and should be granted. It is, therefore,

ORDERED that this Court's Order Following Scheduling Conference (Doc. 15) is hereby amended to reflect the following deadlines:

    Plaintiff to file her motion for summary judgment: November 1, 2012;

    Defendant to file response to Plaintiff's motion for summary judgment: December 1, 2012; and

    Plaintiff to file her reply to Defendant's response: December 16, 2012.

    Dated at Milwaukee, Wisconsin this 19th day of July 2012.

                                       s/ Lynn Adelman
                                       LYNN ADELMAN
                                       United States District Judge

CONSENTED TO AND
APPROVED FOR ENTRY:


s/Timothy S. Clark
Timothy S. Clark
740 Pilgrim Parkway
Suite 102
P.O. Box 439
Elm Grove, WI 53122-0439
Phone: (262) 782-1389
Fax: (262) 782-3841
tclark@tclarklaw.com

*Attorney for Plaintiff, Elizabeth Andersen*



s/S. Russell Headrick
S. Russell Headrick (#005705)
BAKER, DONELSON, BEARMAN,
  CALDWELL & BERKOWITZ, P.C.
265 Brookview Centre Way, Suite 600
Knoxville, TN 37919
Phone: (865) 549-7204
Fax: (865) 633-7204
rheadrick@bakerdonelson.com

*Attorney for Defendant*
*Union Security Insurance Company*